[No. 39436-3-I.    Division One.    October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
MELLADO-ESPINOZA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-01883-6, Richard A. Jones, J., entered
September 6, 1996. *Dismissed* by unpublished per curiam
opinion.


[No. 39440-1-I.    Division One.    October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
WAYNE KINNIEBREW, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02809-2, Charles V. Johnson, J., entered
September 6, 1996. *Dismissed* by unpublished per curiam
opinion.


[No. 39458-4-I.    Division One.    October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-03089-5, Richard M. Ishikawa, J., entered
October 2, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 39740-1-I.    Division One.    October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL
R. HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-01310-7, James H. Allendoerfer,
J., entered November 15, 1996. *Dismissed* by unpublished
per curiam opinion.